# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 14, 2012

No.  10-30852

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SHAWNA TICKLES, also known as Shawna Tickless,

Defendant - Appellant

Appeal from the United States District Court
for the Middle District of Louisiana

No.  10-31085

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JABAR GIBSON,

Defendant - Appellant

Nos.  10-30852
10-31085

Appeal from the United States District Court
for the Eastern District of Louisiana

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:

After our opinion was issued in these consolidated cases, the Supreme Court decided *Dorsey v. United States*, 132 S. Ct. 2321 (2012).  *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act was enacted.  We therefore VACATE and REMAND these cases for resentencing consistent with the Court's holding in *Dorsey*.